UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZIZ HABBOUB, | : |
| | : |
| | : ECF Case |
| Plaintiff, | : |
| | : No: 11 CV 6103 (RRM) (JO) |
| -against- | : |
| | : |
| JPMORGAN CHASE BANK, N.A., | : |
| KURT COMRIE, and JOSE RODRIGUEZ, | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Allison E. Ianni of the law firm Seyfarth Shaw LLP, 620

Eighth Avenue, New York, New York 10018, hereby enters her appearance as counsel for

Defendants JPMorgan Chase Bank, N.A., Kurt Comrie, and Jose Rodriguez in the above-

captioned matter.

Dated: February 27, 2012

Respectfully submitted,

SEYFARTH SHAW LLP

By:     /s/ *Allison E. Ianni*_____
        Robert S. Whitman
        Allison E. Ianni
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
(212) 218-5526 (fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012, a true and correct copy of the foregoing

Notice of Appearance was filed with the Clerk of the District Court using the CM/ECF system,

which sent notification of such filing to the following:

Michael L. Ferch
Law Office of Michael L. Ferch
280 Madison Ave., #912
New York, New York  10016

/s/ Allison E. Ianni
Allison E. Ianni