UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AZIZ HABBOUB, :

        Plaintiff, :

-against- :

JPMORGAN CHASE BANK, N.A., :
KURT COMRIE, and JOSE RODRIGUEZ

        Defendants. :

---

ECF Case

No: 11-CV-6103 (RMM) (JO)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and among the parties, that the above-captioned action shall be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to any party.

By: _/s/ Michael L. Ferch_
Michael L. Ferch, Esq.
Law Office of Michael L. Ferch
280 Madison Avenue Suite 912
New York, NY 10016
(212) 757-2520

*Attorney for Plaintiff*

Date: 1/3/13

By: _/s/ Robert Whitman_
Robert S. Whitman, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500

*Attorneys for Defendants*

Date: 2/12/2013

14924478v.1